AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Dasya Maria Cordova and Ada Casasus on behalf oh themselves and a class and collective of similarly situated persons <br><br> *Plaintiff(s)* <br> v. <br> EmblemHealth Inc. and EmblemHealth Services Company, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 22 Civ. 2933 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EmblemHealth Inc.
55 Water Street, New York, NY 10041

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Tanvir H. Rahman
Rahman Law P.C.
477 Madison Avenue, 6th Floor
New York, NY 10022
thr@rahmanlawyer.com
(212) 920-4096

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/11/2022                                    /S/ V. BRAHIMI
                                                    *Signature of Clerk or Deputy Clerk*