

April 4, 2024

**VIA ECF**

**Michael C. Schmidt**
Direct Phone  212-453-3937
Direct Fax      866-736-3682
mschmidt@cozen.com

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

MEMORANDUM ENDORSED

Re:  **Cordova *et al.* v. EmblemHealth
Case No. 22-CV-02933 (JHR)**

Dear Judge Gorenstein:

    We represent the Defendants in this action and respectfully submit this application – with the consent of Plaintiffs' counsel – to briefly adjourn this afternoon's 4:30pm conference with the Court on Defendants' pending discovery application.

    Yesterday afternoon, Your Honor issued an electronic order (Docket No. 75) scheduling a call with the parties for today at 4:30pm. Unfortunately, I will be out and unavailable at that time this afternoon. Pursuant to Rule 1[F] of Your Honor's Individual Practices, I contacted the Court's Deputy Clerk (Christine) who provided the Court's available alternate dates for next week, and then I communicated with Plaintiffs' counsel who similarly provided his availability.

    Based on those communications, we respectfully request that this afternoon's conference be adjourned to <u>next Thursday, April 11, 2024</u> any time between 9:00-12:30, or between 3:00-5:30. Thank you very much for your consideration and attention this matter.

The conference is adjourned to Thursday, April 11, 2024, at 11:00 a.m. The same dial-in instructions apply.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge

April 4, 2024

Respectfully yours,

COZEN O'CONNOR

BY:  MICHAEL C. SCHMIDT