UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                            :
DASYA MARIA CORDOVA et al.,
                                                            :
                        Plaintiffs,            ORDER
                                                            :
              -v.-
                                                            :    22 Civ. 2933 (JHR ) (GWG)

EMBLEMHEALTH INC. et al.,                       :

                        Defendants.             :
------------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

        IT IS HEREBY ORDERED that plaintiff Jimmy Martinez shall (1) respond to
defendants' previously-served interrogatories and document requests on or before April 23, 2024
and (2) appear for a deposition on or before May 6, 2024 (at a time and date convenient to
counsel for both sides).

        Any failure by Mr. Martinez to comply with this Order will result in the dismissal of his
claims pursuant to Fed. R. Civ. P. 37.

        SO ORDERED.

Dated: April 11, 2024
        New York, New York

                                              _____
                                              GABRIEL W. GORENSTEIN
                                              United States Magistrate Judge