```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                                :
DASYA MARIA CORDOVA et al.,                                     :
                                                                :
                    Plaintiffs,              ORDER
                                                                :
        -v.-                                                    
                                             :    22 Civ. 2933 (JHR) (GWG)
                                                                
EMBLEMHEALTH INC. et al.,                    :
                                                                
                    Defendants.              :
---------------------------------------------------------------x
```

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

Discovery having concluded in this matter, the parties are directed to file a jointly-composed letter on or before July 10, 2024, that addresses the following:

1) Whether either side intends to move for summary judgment and, if so, a proposed schedule for the briefing of that motion. Note that the motion will be returnable before Judge Rearden and must comply with section 5 of her Individual Practices.

2) If neither party intends to file a summary judgment motion, the due date for the joint pretrial order and other materials required by sections 7.A and 7.B of Judge Rearden's Individual Practices.

3) Whether the parties seek to have the case referred to the Court's mediation program or for a settlement conference. (Any such request should be preceded by a full discussion of settlement between counsel.)

If the parties cannot agree as to any of the above matters, the disagreement may be noted in the letter.

SO ORDERED.

Dated: June 27, 2024
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge