

Tanvir Rahman
TRahman@filippatoslaw.com
914-984-1111, Ext. 505

**FILIPPATOS PLLC**
Employment Law, Litigation & ADR

199 Main Street, Suite 800
White Plains, NY 10601
filippatoslaw.com

May 22, 2025

**VIA ECF**
The Honorable Jennifer H. Rearden
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: *Cordova, et al. v. EmblemHealth, et al.*, No. 22 Civ. Civ. 2933 (JHR)(CWG)

Dear Judge Rearden,

We write in reference to the parties' pending joint motion for preliminary approval of the class action settlement (Dkt. No. 90, the "Motion") and the May 19, 2025, telephone conference.[1] The parties thank the Court for its thoughtful and meticulous review of our application and are very appreciative of the Court's guidance as to necessary revisions to the terms of the settlement agreement (the "Agreement") and proposed class action notice (the "Notice").

Attached as **Exhibit A** is a redlined copy of the Agreement reflecting edits made thereto pursuant to the Court's guidance. A clean copy of the revised Agreement is attached as **Exhibit B**. The parties intend to execute the Agreement (and incorporate the exhibits cited therein) following the Court's review thereof in case there are any further revisions that are needed.

Attached as **Exhibit C** is a redlined copy of the proposed Notice reflecting revisions and additional sections that were included pursuant to the Court's guidance. A clean copy of the revised Notice is attached hereto as **Exhibit D**. The parties have not added a section or any language to the Notice referencing the parties' mediation efforts, as Your Honor intended to reserve judgment on that issue after the submission of this letter.

The Court also requested legal support concerning whether general releases are appropriate in exchange for service awards in the context of class action settlements like this one. As previously noted, the Agreement in this case was fully negotiated through arms'-length negotiations between experienced counsel, and, equally as important, a seasoned, experienced mediator. Part of the Agreement contemplates that certain of the party plaintiffs whose services on behalf of the putative class were pivotal to the settlement reached would provide a general release specifically as consideration for being given significant additional compensation beyond the settlement payment that they are receiving under the allocation formula for settling their underlying wage and hour claims. *See* Agreement, **Exhibit B**, at ¶¶ 4(E)(2), 5(C); **Exhibit E**, Proposed General Release. Such additional "service awards" are being paid in recognition of certain Plaintiffs' status as

---

[1] The transcript from the May 19, 2025, telephone conference is attached hereto as **Exhibit F**.

putative class representatives and/or of their unique participation through the discovery process. Courts have granted preliminary approval of general releases given as consideration for separate service awards. *See, e.g., Bondi v. DeFalco,* 17-cv-5681, 2020 WL 2476006, *6 (S.D.N.Y. May 13, 2020) (broad, general releases "are deemed acceptable where they serve as consideration for service awards for class representatives. . . . Accordingly, because Plaintiffs have provided a sound explanation for how this broad release benefits the [Class Representatives], the Court deems this release reasonable despite its breadth.") (quotations omitted); *Ray v. 1650 Broadway Assoc., Inc.,* 16-cv-9858, 2020 WL 5796203, *3 (S.D.N.Y. Sept. 29, 2020) ("Because the general release is consideration for the receipt of Named Plaintiff's Service Awards . . . I find that it is reasonable. As such, I preliminarily approve the proposed Settlement Agreement."); *Schucker v. Flowers Foods, Inc.,* 16-cv-3439, 2018 WL 11321910, *7 (S.D.N.Y. Apr. 20, 2018) ("Plaintiffs will execute general releases for any court-approved Service Awards. The Court has reviewed the general release language . . . and found it to be fair, reasonable, and enforceable."); *D'Angelo v. Hunter Business School, Inc.,* 21-cv-3334, 2023 WL 11845607 (E.D.N.Y. Jan. 24, 2023) (granting preliminary approval of settlement agreement that includes a general release in exchange for service award and general release payment)."

Both sides remain available for the "placeholder" telephone conference set for Friday, May 30, 2025, at 10:30am if Your Honor still deems that necessary. As always, we thank the Court for Your Honor's time and consideration of this matter.

Respectfully submitted,

Tanvir H. Rahman
Encl.

cc:     All Counsel of Record (*via* ECF)